[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 15-12110
Non-Argument Calendar

_____

D.C. Docket No. 1:14-cr-00272-WSD-1


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RAMIRO ANTUNEZ-PINEDA,

Defendant-Appellant.


_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

(January 11, 2016)

Before HULL, WILSON and ROSENBAUM, Circuit Judges.

PER CURIAM:

Colette Resnik Steel, appointed counsel for Ramiro Antunez-Pineda, in this direct criminal appeal, as moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Antunez-Pineda's conviction and sentence are **AFFIRMED**.